United States District Court
Southern District of Texas
**ENTERED**
February 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REUBEN WILLIAMS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-3342 |
| CITY OF HOUSTON, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

Due to the pending motions for summary judgment filed by City of Houston and S. Corral, (Docket Entry Nos. 54, 58), the court cancels the docket call scheduled on February 22, 2019, and sets a motion hearing on **March 8, 2019, at 10:00 a.m.**, in Courtroom 11B.

SIGNED on February 1, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge